IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AUDREY CRUZ,

      Plaintiff,

vs.                                                                                                     No. CIV 13-0764 JB/SMV

KMART CORPORATION, SUTTON PLACE
INVESTMENTS, LLC, and RIO RANCHO OF
NEW MEXICO LIMITED PARTNERSHIP,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Notice of Voluntary Dismissal of Defendant Rio Rancho of New Mexico Limited Partnership, filed in state court August 13, 2013, filed in federal court August 16, 2013 (Doc. 1-5)("Notice of Voluntary Dismissal"), in which Plaintiff Audrey Cruz voluntarily dismissed "all claims in this matter against Defendant Rio Rancho of New Mexico Limited Partnership," Notice of Voluntary Dismissal at 1; and (ii) the Court's Order of Dismissal with Prejudice, filed February 24, 2014 (Doc. 38)("Order"), in which the Court granted Cruz', Defendant Kmart Corporation's, and Defendant Sutton Place Investments, LLC's Joint Motion to Dismiss with Prejudice, filed February 13, 2014 (Doc. 36), which disposed of Cruz' claims against Kmart Corporation and Sutton Place Investments, see Order at 1. Because the Notice of Voluntary Dismissal and the Court's Order dispose of all claims and parties before the Court, the Court finds that entry of final judgment is appropriate.

**IT IS ORDERED** that: (i) Plaintiff Audrey Cruz' claims against Defendant Rio Rancho of New Mexico Limited Partnership are dismissed without prejudice; (ii) Cruz' claims against Defendants Kmart Corporation and Sutton Place Investments, LLC, are dismissed with

prejudice; (iii) this case is dismissed; and (iv) judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Audrey Cruz
Albuquerque, New Mexico

    *Plaintiff pro se*

Rio Rancho of New Mexico Limited Partnership
Coconut Creek, Florida

    *Defendant pro se*

Lisa Entress Pullen
Justin L. Robbs
Civerolo, Gralow, Hill & Curtis, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Kmart Corporation*

Gregory L. Biehler
Beall & Biehler
Albuquerque, New Mexico

    *Attorneys for Defendant Sutton Place Investments, LLC*